| PROB 22 (Rev. 2/88) | DOCKET NUMBER (*Tran. Court*) |
| | 0861 5:11CR50116-1 |

## TRANSFER OF JURISDICTION

| | DOCKET NUMBER *(Rec. Court)* |
| | 3:13-00205-01 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT<br>Western District of Arkansa | DIVISION |
| Zong Bin Chen<br>4009 Barnes Cove Dr<br>Antioch, TN 37013 | NAME OF SENTENCING JUDGE<br><br>The Honorable Jimm Larry Hendren, U.S. District Judge | |

| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>07/02/12 | TO<br>07/01/15 |

| OFFENSE<br>Harbor/Conceal Illegal Aliens |

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF ARKANSAS

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the    Middle District of Tennessee    upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| 2/1/13 | |
| *Date* | *United States District Judge* |

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

United States District Court for the Middle District of Tennessee

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| 10/10/13 | |
| *Effective Date* | |

Assigned Officer Initials