UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:13-00205 |
| | ) | JUDGE CAMPBELL |
| ZONG BIN CHEN | ) | |

ORDER

Pending before the Court is the Government's Motion for Substitution of Counsel (Docket No. 8). The Motion is GRANTED.

    IT IS SO ORDERED.

                                                                                                      _____
                                                                                    TODD J. CAMPBELL
                                                                                    UNITED STATES DISTRICT JUDGE