UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00205 |
| | ) | JUDGE CAMPBELL |
| ZONG BIN CHEN | ) | |

ORDER

Pending before the Court is Zong Bin Chen's Motion for Early Termination of His Probation (Docket No. 6). The Government has filed its Response (Docket No. 10). The Motion is DENIED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE